JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Langer, <br><br>      Plaintiff, <br><br>      v. <br><br>Hai V. Dang, et al., <br><br>      Defendants. | 2:20-cv-02674-VAP-AFMx <br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order Granting Defendants' Motion to Dismiss, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   2/26/21

Virginia A. Phillips
United States District Judge